UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Raul Gutierrez-Campos

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

20 Mag 11195

Defendant ___Raul Gutierrez Campos___ hereby voluntarily consents to participate in the following proceeding via __✗__ videoconferencing or __✗__ teleconferencing:

__✗__ Initial Appearance Before a Judicial Officer

_____ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__✗__ Bail/Detention Hearing

__✗__ Conference Before a Judicial Officer

_/s by Sylvie Levine_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Raul Gutierrez-Campos_
Print Defendant's Name

_____
Defendant's Counsel's Signature

_Sylvie Levine_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_12.1.2020_
Date

_Katha H Paul_
U.S. District Judge/U.S. Magistrate Judge